IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATE OF AMERICA, ] | |
| ] | |
| vs. ] | Case No. 5:16-cr-081-VEH-TMP |
| ] | |
| GREGORY JEROME LEE, ] | |
| ] | |
| DEFENDANT. ] | |

## OBJECTIONS TO PRESENTENCE REPORT

Comes now the Defendant, by and through counsel, and states the following factual corrections and/or objections to the Presentence Investigation Report.

1. Paragraph 34.  Mr. Lee denies he threatened MC3's young brother.  Mr. Lee states he did not threaten any of his victims or threaten to do harm to their family.

2. Paragraph 37.  Mr. Lee denies he threatened to harm MC6's mother or anyone else.  Mr. Lee denies the allegation regarding sexual contact with MC6 and Mr. Lee's children.

3. Paragraph 89.  Mr. Lee denies the allegations contained in this paragraph.  He states his only female victim was MC1.

4. Paragraphs 121 and 123.  The Defendant objects to the criminal history computation where 4 points are added for worthless check convictions.  These points over-represent his criminal history.  Additionally, it is noted that Mr. Lee waived counsel on these cases.  If sustained, this objection would result in a criminal history category of V not VI.  The Guideline range would not change.

5. Paragraph 130.  Ricky Lee is retired from Cullman Products and was not a podiatrist.

Respectfully submitted,

KEVIN L. BUTLER

Federal Public Defender

**/s/Rick L. Burgess**
Rick L. Burgess
Senior Litigator
Office of the Federal Public Defender
Northern District of Alabama
505 20th Street, North, Suite 1425
Birmingham, Alabama 35203
(205) 208-7170 Office
Rick_Burgess@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on April 5, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties of record.

Respectfully submitted,

**/s/Rick Burgess**